☞ SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.: CV 02-608 MMM(CWx)          Date: February 26, 2002

Title: *Rockoff v. Unionbancal Corp., et al.*

---

**DOCKET ENTRY**

---

**PRESENT:**

    HONORABLE MARGARET M. MORROW, UNITED STATES DISTRICT JUDGE

| Anel Huerta | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None | None |

**PROCEEDINGS:**    In Chambers - Court Order

Counsel are hereby notified that defendants' motion to dismiss, currently on calendar for March 11, 2002, has been continued on the court's own motion for hearing on **April 8, 2002**, at 10:00 a.m., before Judge Margaret M. Morrow in Courtroom 790, Roybal Federal Building, 255 East Temple Street, Los Angeles.

Initials of Deputy Clerk ____

cc:    Counsel of record (or parties)

FEB 27 2002